IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID HARRIS and ROBIN HARRIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:  4:07CV-00579-JCH |
| ) | |
| PARKWAY SCHOOL DISTRICT, ) | |
| NANCY FEZZI and PATRICE AITCH, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between Plaintiffs and Defendants, that Plaintiffs may and do hereby dismiss their Complaint in the above entitled cause in its entirety without prejudice at Plaintiffs' costs.

Respectfully submitted,

BROWN & CROUPPEN, P.C.

_____
D. TODD MATHEWS #496869
720 Olive Street, Suite 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0359 – FAX
pipleadings@brownandcrouppen.com
*Attorneys for Plaintiffs*

TUETH, KEENEY, COOPER,
MOHAN & JACKSTADT, P.C.

_____
PHYLECCIA REED COLE #93777
34 N. Meramec, Suite 600
St. Louis, MO 63105
(314) 880-3600 (telephone)
(314) 880-3601 (facsimile)
pcole@tuethkeeney.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation of Dismissal was served upon the following via the Court's ECF system this 13th day of July, 2007 to: Phyleccia Reed Cole, Tueth, Kenney, Cooper, Mohan & Jackstadt, P.C., 34 N. Meramec, Suite 600, St. Louis, MO 63105, pcole@tuethkenney.com, *Attorneys for Defendants*.

_____